IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:

**CHARLES G FREDENBURG**
**AMY M FREDENBURG,**

      DEBTOR.

Case No.: BK-14-12559-R
Chapter 13

## OBJECTION TO CHAPTER 13 PLAN OF DEBTOR

Comes now the secured creditor, US Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust, by their attorney, Robert Hauge, and hereby objects to the Chapter 13 Plan of Debtor. In support of this Objection, US Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust would show the Court as follows:

1. US Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust is the holder of a purchase money note and mortgage on the residence, ("mortgaged property") of Debtor. Said note and mortgage has an outstanding balance of $270,293.24 plus accruing interest along with reasonable attorney fees and for all costs of the action.

2. The proposed Chapter 13 Plan of the Debtor reflects an arrearage amount of $60,000.00. US Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust disputes this amount and would propose that the correct arrearage amount is $61,385.96 as evidenced by its Proof of Claim.

WHEREFORE, PREMISES CONSIDERED, secured creditor, US Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust, moves the Court to reject the proposed Chapter 13 Plan of Debtor and/or to grant adequate protection or such other and further relief as may be entitled.

        US BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2013 SC3 TITLE TRUST,

By:     s/ Robert Hauge
           ROBERT HAUGE - #20007
           Baer, Timberlake, Coulson & Cates, P.C.
           6846 South Canton, Suite 100
           Tulsa, Oklahoma 74136
           Telephone: (918) 491-3100
           Fax: (918) 497-5927
           Attorney for Movant

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that I mailed a true and correct copy of the above and foregoing Objection with postage thereon fully prepaid to the parties listed below on February 9, 2015.

Charles G Fredenburg
Amy M Fredenburg
8412 S. 4090 Road
Talala, OK  74080

    The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

Lonnie D. Eck
P.O. Box 2038
Tulsa, OK  74101

David L. Ashbaugh
219 South Lynn Riggs Boulevard
Claremore, OK  74017

                                 By:      <u>s/ Robert Hauge</u>
                                          `ROBERT HAUGE - #20007`
                                          Baer, Timberlake, Coulson & Cates, P.C.
                                          6846 South Canton, Suite 100
                                          Tulsa, Oklahoma 74136
                                          Telephone: (918) 491-3100
                                          Fax: (918) 497-5927
                                          Attorney for Movant